FILED
AUG 2 3 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MALACHI BERRY,
TERREZ WILSON,
DARVELL JACKSON,
MAURICE HARDMAN,
BRANDON KIMBROUGH,
STEVEN ARMSTRONG,
NIMAR LINDER,

Defendants.

INDICTMENT

CASE NO. 1:23 CR 00462

Title 18, United States Code, Sections 371, 922(a)(1)(A), 922(g)(1), 922(k), 922(o), 924(a)(1)(D), 924(a)(2), and 924(a)(8)

JUDGE PEARSON

GENERAL ALLEGATIONS

At all times material herein, the following applies:

1. Defendants were not licensed importers, licensed manufacturers, or licensed dealers within the meaning of Chapter 44, Title 18, United States Code.

2. Defendants were residents of the greater Cleveland, Ohio, area in the Northern District of Ohio, Eastern Division.

3. Defendants did not have any firearms registered in the National Firearm Registration and Transfer Record.

COUNT 1
(Conspiracy to Possess Machinegun, 18 U.S.C. § 371)

The Grand Jury charges:

4. From on or about June 1, 2023, to on or about July 26, 2023, in the Northern District of Ohio, Eastern Division, Defendants MALACHI BERRY, TERREZ WILSON, DARVELL JACKSON, MAURICE HARDMAN, and STEVEN ARMSTRONG, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with diverse other persons, to unlawfully, knowingly and intentionally commit offenses against the United States, that is: to possess machineguns, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

OBJECT OF THE CONSPIRACY

5. It was the object of this conspiracy that Defendants possessed and transferred machineguns in exchange for United States currency.

MANNER AND MEANS OF THE CONSPIRACY

6. It was part of the conspiracy that Defendants:

a. Obtained machineguns from multiple sources and then sold the machineguns to buyers for a profit;

b. Brokered machinegun sales;

c. Communicated with potential buyers using cellular telephones, text messages, and social media applications to arrange for potential machinegun sales;

d. Worked together to sell machineguns to potential buyers;

e. Sold machineguns to buyers they knew or had reason to know planned to traffic the machineguns to Canada and Mexico; and

f. Sold a combined total of approximately 7 machineguns between on or about June 1, 2023 and on or about July 26, 2023.

OVERT ACTS

7. In furtherance of the conspiracy, and to effect the objects and conceal the existence thereof, Defendants MALACHI BERRY, TERREZ WILSON, DARVELL JACKSON, MAURICE HARDMAN, and STEVEN ARMSTRONG, and others performed overt acts in the Northern District of Ohio and elsewhere, including but not limited to, at least one of the following acts:

| DATE | FIREARM | SOLD BY | BERRY BROKER FEE | PRICE |
|---|---|---|---|---|
| 6/9/23 | Glock, Model 22, .40 caliber, Serial number EVD457US with one (1) machinegun conversion device | WILSON | $100 | $1000 |
| 6/12/23 | Glock, Model 21, .45 caliber pistol, serial number AERW465, with one (1) machinegun conversion device, and Masterpiece Arms, MPA30T, 9mm, Serial number FX24586, | JACKSON | $200 | $2300 |
| 6/13/23 | Glock, Model 27, .40 caliber pistol, serial number RWM089, and a Glock, Model 19X, 9mm, serial number BKHK977, and one (1) machine gun conversion device | JACKSON | $200 | $2000 |
| 6/30/23 | One (1) machinegun conversion device | ARMSTRONG | | $500 |
| 7/24/23 | Romarm/Cugir, Model Micro Draco, 7.62x39mm, serial number PMD-33685 and two (2) machinegun conversion devices | JACKSON | | $1700 (rifle) $900 (both switches) |
| 7/26/23 | Glock, Model 32Gen4, .357 Sig-pistol, slide and barrel installed on a Glock, Model 19X (frame) pistol, bearing serial number BKCC740 with one (1) machinegun conversion device | HARDMAN | $100 | $1300 |

all in violation of Title 18, United States Code, Sections 371.

COUNT 2

(Conspiracy to Engage in the Business of Importing, Manufacturing, or Dealing in Firearms without a Federal Firearms License, 18 U.S.C. § 371)

The Grand Jury further charges:

8. From on or about June 1, 2023,to on or about August 17, 2023, in the Northern District of Ohio, Eastern Division, Defendants MALACHI BERRY, TERREZ WILSON, DARVELL JACKSON, MAURICE HARDMAN, BRANDON KIMBROUGH, STEVEN ARMSTRONG, and NIMAR LINDER, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together, with each other, and with diverse other persons, to unlawfully, knowingly and intentionally commit offenses against the United States, that is: to engage in the business of dealing firearms without a federal firearms license, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

OBJECT OF THE CONSPIRACY

9. It was the object of this conspiracy that Defendants possessed and transferred firearms in exchange for United States currency.

MANNER AND MEANS OF THE CONSPIRACY

10. It was part of the conspiracy that Defendants:

a. Obtained firearms from multiple sources and then sold the firearms to buyers for a profit;

b. Brokered firearm sales;

c. Communicated with potential buyers using cellular telephones, text messages, and social media applications to arrange for potential firearm sales;

d. Worked together to sell firearms to potential buyers;

e. Sold firearms to buyers they knew or had reason to know planned to

traffic the firearms to Canada and Mexico;

f. Sold firearms to buyers they knew or had reason to know planned to use the firearms to commit felony offenses; and

g. Sold a combined total of approximately 29 firearms between on or about June 1, 2023 and on or about August 17, 2023.

OVERT ACTS

11. In furtherance of the conspiracy, and to effect the objects and conceal the existence thereof, Defendants MALACHI BERRY, TERREZ WILSON, DARVELL JACKSON, MAURICE HARDMAN, BRANDON KIMBROUGH, STEVEN ARMSTRONG, and NIMAR LINDER, and others performed overt acts in the Northern District of Ohio and elsewhere, including but not limited to, at least one of the following acts:

| DATE | FIREARM | SOLD BY | BERRY BROKER FEE | PRICE |
|---|---|---|---|---|
| 6/9/23 | Glock, Model 22, .40 caliber, serial number EVD457US with one (1) machinegun conversion device | WILSON | $100 | $1000 |
| 6/12/23 | Glock, Model 21, .45 caliber pistol, serial number AERW465, with one (1) machinegun conversion device, and Masterpiece Arms, MPA30T, 9mm, Serial number FX24586, | JACKSON | $200 | $2300 |
| 6/13/23 | Glock, Model 27, .40 caliber pistol, serial number RWM089, and a Glock, Model 19X, 9mm, serial number BKHK977, with one (1) machine gun conversion device | JACKSON | $200 | $2000 |
| 6/15/23 | American Tactical Inc., Model Omni Hybrid, Multi-caliber rifle, serial number NS366504 | J.M. | $100 | $1500 |
| 6/22/23 | Glock, Model 43X, 9 mm pistol, serial number BUER109, and a Ruger, Model SR40, .40 caliber pistol, with an obliterated serial number | JACKSON | $100 | $1300 |
| 6/28/23 | Springfield Armory, Model XDS-45, .45ACP-pistol, serial number S3305063 | BERRY | | $650 |
| 6/30/23 | Polymer 80, model P80/PF940V2, 9mm caliber pistol | BERRY | $120 | $720 |

| | | | | |
|---|---|---|---|---|
| 6/30/23 | One (1) machinegun conversion device | ARMSTRONG | | $500 |
| 7/7/23 | Glock, Model 20, 10 mm pistol, serial number BNNP442 | K.H. | $200 | $900 |
| 7/24/23 | Romarm/Cugir, Model Micro Draco, 7.62x39mm, serial number PMD-33685 and two (2) machinegun conversion devices | JACKSON | | $1700 (rifle) $900 (both switches) |
| 7/26/23 | Glock, Model 32Gen4, .357 Sig-pistol, slide and barrel installed on a Glock, Model 19X (frame) pistol, bearing serial number BKCC740 with one (1) machinegun conversion device | HARDMAN | $100 | $1300 |
| 7/28/23 | Glock, Model 19Gen5, 9mm pistol bearing serial number BUYW283 | HARDMAN | | $800 |
| 8/4/23 | Taurus, Model G3, 9mm pistol bearing serial number AEC181932 | KIMBROUGH | $200 | $400 |
| 8/8/23 | Glock, Model 23, .40 caliber pistol bearing serial number XCT283 | LINDER | | $860 |
| 8/9/23 | Smith and Wesson, Model 622, .22 caliber pistol with an obliterated serial number | LINDER | | $400 |
| 8/15/23 | Plumcrazy Firearms, Model Mod-M, Multi-Cal -pistol, serial number PC01222 (receiver), a Česká Zbrojovka a.s. (CZ), Model CZ Scorpion EVO 3 S1, 9mm-pistol, serial number D357234, and a Radical Firearms, Model RF-15, multi-Cal-pistol, serial number 2-113501 | LINDER | | $4500 |

All in violation of Title 18, United States Code, Section 371.

COUNT 3

(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

12. On or about June 9, 2023, in the Northern District of Ohio, Eastern Division, Defendant TERREZ WILSON did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, Model 22, .40 caliber, serial number EVD457US, with an affixed machinegun conversion device, a combination of parts designed and intended, for use in converting a weapon into a

machine gun, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 4
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

13. On or about June 12, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARVELL JACKSON did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, Model 21, .45 caliber pistol, serial number AERW465, with an affixed machinegun conversion device, a combination of parts designed and intended, for use in converting a weapon into a machine gun, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 5
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

14. On or about June 13, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARVELL JACKSON did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, Model 19X, 9mm, serial number BKHK977, with an affixed machinegun conversion device, a combination of parts designed and intended, for use in converting a weapon into a machine gun, modified to shoot automatically more than one shot, without manual reloading, by a single

function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 6
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

15. On or about July 24, 2023, in the Northern District of Ohio, Eastern Division, Defendant DARVELL JACKSON did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a machinegun conversion device, a combination of parts designed and intended, for use in converting a weapon into a machine gun, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 7
(Possession of Obliterated Firearm, 18 U.S.C. § 922(k))

The Grand Jury further charges:

16. On or about June 22, 2023, in the Northern District of Ohio, Eastern Division, Defendant, DARVELL JACKSON, did knowingly possess a firearm, to wit: a Ruger, Model SR40, .40 caliber pistol, from which the manufacturer's serial number had been removed, altered and obliterated, that had at any time been transported or shipped in interstate commerce, in violation of Title 18, United States Code, Section 922(k).

COUNT 8
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

17. On or about June 30, 2023, in the Northern District of Ohio, Eastern Division, Defendant STEVEN ARMSTRONG did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a machinegun conversion device, a combination of parts designed and intended, for use in converting a weapon into a machine gun, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 9
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

18. On or about June 30, 2023, in the Northern District of Ohio, Eastern Division, Defendant STEVEN ARMSTRONG, knowing he had previously been convicted of a crime punishable by imprisonment for terms exceeding one year, that being: Felonious Assault, on or about April 28, 2022, in Case Number CR-21-665402A, in the Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Polymer 80, model P80/PF940V2, 9mm caliber pistol, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 10
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

19. On or about July 26, 2023, in the Northern District of Ohio, Eastern Division, Defendant MARURICE HARDMAN did knowingly and unlawfully possess a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, Model 32Gen4, .357 Sig-pistol, slide and barrel installed on a Glock, Model 19X (frame) pistol, bearing serial number BKCC740, with an affixed machinegun conversion device, a combination of parts designed and intended, for use in converting a weapon into a machine gun, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 11
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

20. On or about August 4, 2023, in the Northern District of Ohio, Eastern Division, Defendant BRANDON KIMBROUGH, knowing he had previously been convicted of a crime punishable by imprisonment for terms exceeding one year, that being; Burglary, on or about February 28, 2023, in Case Number CR-22-674458-A, in the Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus, Model G3, 9mm pistol, bearing serial number AEC181932, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 12
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

21. On or about August 8, 2023, in the Northern District of Ohio, Eastern Division, Defendant NIMAR LINDER, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being; Attempted Robbery, on or about April 14, 2022, in Case Number CR-21-663358-A, in the Cuyahoga County Common Pleas Court; Attempted Robbery, on or about May 12, 2022, in Case Number CR-22-668464-A, in the Cuyahoga County Common Pleas Court; and Improper Discharge into a Habitation, on or about October 27, 2022, in Case Number CR-22-671857-A, in the Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 23, .40 caliber pistol, bearing serial number XCT283, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 13
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

22. On or about August 9, 2023, in the Northern District of Ohio, Eastern Division, Defendant NIMAR LINDER, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being; Attempted Robbery, on or about April 14, 2022, in Case Number CR-21-663358-A, in the Cuyahoga County Common Pleas Court; Attempted Robbery, on or about May 12, 2022, in Case Number CR-22-668464-A, in the Cuyahoga County Common Pleas Court; and Improper Discharge into a Habitation, on or about October 27, 2022, in Case Number CR-22-671857-A, in the Cuyahoga County Common Pleas

Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith and Wesson, Model 622, .22 caliber pistol, obliterated serial number, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 14
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

23. On or about August 15, 2023, in the Northern District of Ohio, Eastern Division, Defendant NIMAR LINDER, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being; Attempted Robbery, on or about April 14, 2022, in Case Number CR-21-663358-A, in the Cuyahoga County Common Pleas Court; Attempted Robbery, on or about May 12, 2022, in Case Number CR-22-668464-A, in the Cuyahoga County Common Pleas Court; and Improper Discharge into a Habitation, on or about October 27, 2022, in Case Number CR-22-671857-A, in the Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce firearms, to wit: a Plumcrazy Firearms, Model Mod-M, Multi-Cal -pistol, serial number PC01222 (receiver); a Česká Zbrojovka a.s. (CZ), Model CZ Scorpion EVO 3 S1, 9mm-pistol, serial number D357234; and a Radical Firearms, Model RF-15, multi-Cal-pistol, serial number 2-113501, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

24. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1

through 14 are incorporated herein by reference. As a result of the foregoing offenses, Defendants MALACHI BERRY, TERREZ WILSON, DARVELL JACKSON, MAURICE HARDMAN, BRANDON KIMBROUGH, STEVEN ARMSTRONG, and NIMAR LINDER shall forfeit to the United States all firearms and ammunition involved in, or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.